3:21-mj-2

DISTRICT OF OREGON, ss.          AFFIDAVIT OF WILLIAM M BULLOCK

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, William M Bullock, being first duly sworn, do hereby depose and say:

**Introduction and Agent Background**

1.   I am a Deputy U.S. Marshal of the U.S. Marshals Service (USMS) and have been so employed for approximately one and half years.   I assist the U.S. Marshals Service Warrant Section with the investigation and apprehension of fugitives.   Prior to becoming a Deputy U.S. Marshal, I was a U.S Fish and Wildlife Federal Wildlife Officer in the Eastern District of Washington and the District of Oregon for four years.  My duties include the enforcement of state and federal laws, investigation of violations, surveillance, patrol of assigned areas/regions, the service of arrest warrants, and making arrests.

2.   This affidavit is made in support of a criminal complaint charging Edward Thomas SLATTERY with escaping from the custody of the Bureau of Prisons (BOP), in violation of Title 18, United States Code, Section 751(a).

**Applicable Laws**

3.   Title 18, United States Code, Section 751(a) provides:

(a) Whoever escapes or attempts to escape from the custody of the Attorney General or his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, or from any custody under or by virtue of any process issued under the laws of the United States by any court, judge, or magistrate judge, or from the custody of an officer or employee of the United States pursuant to lawful arrest, shall, if the custody or confinement is by virtue of an arrest on a charge of felony, or conviction of any offense, be fined under this title or imprisoned not more than five years, or both; or if the custody or confinement is for extradition, or for exclusion or expulsion proceedings under the immigration laws, or by virtue of an arrest or charge of or for a misdemeanor, and prior to conviction, be fined under this title or imprisoned not more than one year, or both.

**Statement of Probable Cause**

4.  The following information, facts, and occurrences are the result of my knowledge, conversations with other law enforcement officers, and from my review of reports related to this investigation. This affidavit is intended to show there is probable cause for the requested criminal complaint and arrest warrant, and does not purport to set forth all of my knowledge of, or investigation into this matter. I have personally reviewed documents in our office provided by the Bureau of Prisons concerning Edward Thomas SLATTERY together with documents issued by the Circuit Court for the District of Oregon, which are germane to this matter.

5.  On January 25, 2008, Edward Thomas SLATTERY, Federal Register Number 63769-065, was sentenced by the Honorable Judge Garr King in the United States district Court for the District of Oregon to a prison term of 180 months in the custody of the Bureau of Prisons in case number 07-60008-KI for Threats against President and successors to the Presidency, in violation of Title 18 United States Code, Section 871(a).

6.  On August 27, 2020, the Bureau of Prisons, released SLATTERY from FCC Terre Haute, Indiana, a federal prison facility as designated by the Attorney General, to the Northwest Regional Reentry Center (NWRRC), in Portland, Oregon, to begin the pre-release component of his sentence. The NWRRC is a non-secure facility that helps offenders make a safe make successful transition from prison to their communities.

7.  As part of the conditions for his release from Terre Haute on September 9, 2020, SLATTERY signed an NWRRC notice entitled "Escape and Abscond" which stated: "I understand I will be place on escape or abscond notice if I, depart the facility without notice, fail to return to the NWRRC from an authorized absence or pass at a designated time, fail to return from an authorized absence or pass, am arrested for a law violation." The notice included the

following admonition which was signed by SLATTERY: "I understand and agree to these requirements while placed at the NWRRC."

8. On September 21, 2020 at approximately 04:35 hours, while assigned to the NWRRC and in the custody of the Bureau of Prisons and the U.S. Attorney General, Edward Thomas SLATTERY escaped from the NWRRC where he was required to stay unless otherwise authorized by the NWRRC staff. The NWRRC staff became aware of SLATTERY's escape when conducting morning headcount and reviewing video surveillance of SLATTERY jumping over the rear fence. NWRRC staff attempted to contact SLATTERY through multiple calls to SLATTERY's cellphone and leaving voicemails, with no success.

9. The NWRRC staff notified the Bureau of Prisons at 07:23 hours and the U.S. Marshals Service at 07:40. The NWRRC Case Manager Benjamin Percival provided documents to support the escape, to include a photograph of SLATTERY and the Escape and Abscond agreement SLATTERY signed when he arrived at the NWRRC understanding he could be charged with escape if he absconded from the NWRRC.

## Conclusion

10. Based on the foregoing, I have probable cause to believe and do believe that Edward Thomas SLATTERY has committed the offense of Escape, in violation of Title 18, United States Code, Sections 751 and 4082.

/////

/////

/////

/////

11. Prior to being submitted to the Court, this affidavit and accompanying criminal complaint and arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Greg Nyhus.  AUSA Nyhus advised me that in his opinion, the affidavit and criminal complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

_____
WILLIAM M. BULLOCK
Deputy United States Marshal

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __4:18__ [a.m./p.m.] on January __5__, 2021.

_____
HONORABLE YOULEE YIM YOU
UNITED STATES MAGISTRATE JUDGE